

IN RE: T.S., E.S., minors,

**Appeal of: T.H.–H.**

**364 WDA 2017**

Superior Court of Pennsylvania.

08/25/2017

CP–02–AP–0000208–2016
(Allegheny)

Affirmed

IN RE: T.S., E.S., minors,

**Appeal of: T.H.–H.**

**365 WDA 2017**

Superior Court of Pennsylvania.

08/25/2017

CP–02–AP–0000208–2016,    CP–02–AP–0000209–2016
(Allegheny)

Affirmed

**COM.**

**v.**

**COX, L.**

**895 EDA 2016**

Superior Court of Pennsylvania.

08/28/2017

CP–46–CR–0001840–2015 (Montgomery)

Affirmed

**COM.**

**v.**

**WILLIAMS, W.**

**1429 EDA 2016**

Superior Court of Pennsylvania.

08/28/2017

CP–51–CR–0006572–2015
(Philadelphia)

Vacated/Remanded

**COM.**

**v.**

**MAXWELL, T.**

**1716 EDA 2016**

Superior Court of Pennsylvania.

08/28/2017

CP–51–CR–0009181–2010
(Philadelphia)

Affirmed

